Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Stacia Christine Hill<br><br>　　　　Debtor<br>_____<br><br>Morgan Stanley Mortgage Capital, Inc.<br><br>　　　　Movant,<br><br>　　-vs-<br><br>Stacia Christine Hill<br><br>　　　　Debtor;<br><br>　　　　Respondent. | In Proceeding Under<br>Chapter 11<br><br>Case No. 08-00164 CGC<br><br><br>MOTION TO DISMISS<br>MOVANT'S MOTION FOR<br>RELIEF FROM AUTOMATIC STAY |

Comes now the Debtor, Stacia Christine Hill, by and through counsel, Allan D. NewDelman, P.C., and for her Motion to Dismiss the Motion for Relief from the Automatic Stay filed in this case state as follows:

1.

The Debtor filed her Chapter 11 case on January 8, 2008.

2

The Movant alleges that it is secured by a lien on the real property located at 11240 North 79th Avenue, Peoria, AZ (the "Property").

3.

The Debtor asserts that the Movant is not the true holder of the Note and is not entitled to bring this action. The Note and Deed of Trust attached to the Movant's Motion as Exhibit "A" lists American Mortgage Network, Inc. as the lender. No documentation is attached to the Motion to evidence that the Movant is the true holder of the Note or to evidence that American Mortgage Network, Inc. sold, transferred or assigned its interest to the Movant.

4.

The Debtor asserts that Saxon Mortgage Services ("Saxon") is the true holder of the Note. Attached hereto as Exhibit "A" is a copy of a letter sent to her by Chase Home Mortgage ("Chase") advising her that Chase had assigned, sold or transferred the loan to Saxon. Attached hereto as Exhibit "B" is a copy of a letter sent to the Debtor from Saxon advising her that Saxon had acquired the Note from Chase Home Mortgage and that she make all payments to Saxon starting on May 1, 2009.

5.

Since the Movant provides NO documentation to evidence its claim that it is the true holder of the Note, the Movant's Motion for Relief from Automatic Stay must be dismissed.

| | |
|---|---|
| 1 | Respectfully submitted 20th day of July, 2009. |
| 2 | ALLAN D. NEWDELMAN, P.C. |
| 3 | |
| 4 | /s/ Allan D. NewDelman |
| 5 | Allan D. NewDelman, Esq.<br>Counsel for the Debtor |

A copy of the foregoing
mailed this 20th day of
July, 2009, to:

U.S. Trustee's Office
230 North First Avenue
Suite 204
Phoenix, Arizona 85003

Stacia Christine Hill
11240 North 79th Avenue
Peoria, AZ 85345
Debtor

Mark S. Bosco, Esquire
Tiffany & Bosco, P.A.
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
Counsel for the Movant

/s/ R. Scott Graves
R. Scott Graves
Paralegal

# EXHIBIT "A"



**Chase Home Finance**
3415 Vision Drive
Columbus, OH 43219-6009
(800) 848-9136 Customer Care
(800) 582-0542 TDD / Text Telephone

**Notice of Assignment, Sale or Transfer of Servicing Rights**

4/10/09

To: SCOTT & AUSTIN

Stacia C. Hill
11240 N. 79th Ave.
Peoria, AZ 85345

Re: Chase # 1915196___

Dear Mortgagor(s):

You are hereby notified that the servicing of your loan, that is, the right to collect payments from you is being assigned, sold or transferred from Chase Home Finance ("Chase") to Saxon effective 4/29/09.

The assignment, sale or transfer of the servicing of the loan does not affect any term or condition of the mortgage documents/security instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Chase Home Finance. If you have any questions relating to the transfer of servicing from your present servicer, please contact our Customer Service department at 1-800-848-9136 between the hours of 8:00 a.m. to 9:00 p.m. Monday through Friday and 8:00 a.m to 5:00 p.m Saturday, Eastern Standard Time. This is a toll-free telephone number. To receive the fastest response, we recommend you contact us on days with the lowest volume of calls, Wednesday and Thursday.

Your new servicer is Saxon. The address for forwarding *correspondence*, other than payments, to your new servicer is: Saxon, P.O. Box 161489 Fort Worth, TX 76161-1489. If you have any questions relating to the transfer of servicing to your new servicer, please contact Saxon Customer Service Representative at 1-800-___-5422, 7:00 am to 10:00 pm, Monday through Friday, 8:00 am to 2:00 pm on Saturday, CST. This is a toll-free telephone number.

The date that Chase will stop accepting payments from you is 4/28/09. The date Saxon will start accepting payments from you is 4/29/09. *Send all payments due on or after 4/29/09, to your new servicer at:*

Saxon
Payment Processing
P.O. Box 961105
Forth Worth, TX 76161-0105

# EXHIBIT "B"

*re-mailed 5/15/09*

# SAXON

4708 Mercantile Drive North
P.O. Box 161489
Fort Worth, TX 76161-1489
(817) 665-7200 • (817) 665-7400 Fax

May 4, 2009

STACIA HILL
11240 N 79TH AVENUE
PEORIA          AZ  85345

Re:   New Saxon Loan Number:        2000555926
      Property Address:              11240 N 79TH AVENUE
                                     PEORIA          AZ  85345

Dear Valued Customer(s):

Welcome to Saxon Mortgage Services, Inc ('Saxon'). Saxon has acquired the servicing of your mortgage loan from Chase Home Mortgage effective 05/01/09. Saxon is committed to making the transfer of your loan a smooth process. Through people, passion and performance we will strive to exceed your expectations by providing the quality service you deserve. Please take a moment to read the content of this letter as it provides pertinent information for servicing your loan.

## A Few Important Points

While this sort of transfer is common in today's mortgage lending industry, we have considered how this transfer may affect you and want to cover some of the changes you will see:

1. Chase Home Mortgage will stop accepting your mortgage payments after 05/01/09. Until that date, send payments to

    Chase Home Mortgage
    3415 Vision Drive
    Columbus OH 43219

2. Saxon will start accepting payments from you on 05/01/09. Starting on that date all payments should be sent to Saxon. There may be an initial posting delay due to the servicing transfer but it will not negatively impact your payment record.

3. For your convenience, Saxon offers several payment options:

    • Send your payment (check or money order) via USPS to:
        Saxon
        Payment Processing
        P.O. Box 961105
        Fort Worth, TX 76161-0105

205 OTH06 03/26//09                                                                    Page 1 of 6

Saxon Mortgage Services, Inc. is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. If your loan is currently in bankruptcy, this notice is being sent for informational purposes only. This notice is not intended as an attempt to collect, assess, or claim against or demand payment from any person who is protected by the U.S. Bankruptcy Code. If you have recently been discharged of your personal liability on this debt due to your Chapter 7 bankruptcy, Saxon is not seeking to collect, recover or offset the debt as a personal liability. We intend only to enforce and collect the debt against the collateral as permitted by applicable state law. This communication is only for the purpose of protecting our right to enforcement of the lien on the collateral.

Visit us on the web at www.saxononline.com.

# SAXON

4708 Mercantile Drive North
P.O. Box 161489
Fort Worth, TX 76161-1489
(817) 665-7200 • (817) 665-7400 Fax

- Western Union Quick Collect
- Pay through our Interactive Voice Response system (IVR) when you call our Customer Call Center at 800-594-8422
- Pay online at www.saxononline.com
- Electronic Bank Draft (ACH)
- Set up a Western Union Phone Pay with one of our representatives at our Customer Call Center

4. Your first statement from Saxon will arrive by . If you do not receive it by then, please call 800-594-8422.

5. If you have already mailed your next payment to Chase Home Mortgage and it is received after the transfer date, it will be forwarded to Saxon for processing. Once again, there will not be a negative impact on your payment record.

6. If your payment is made by a third party, or if you make your payment through a bill pay service or online service, please take the appropriate action to ensure that your new account number and new payment mailing address are updated with the third party or service provider.

## How to Contact Us

Should you have any questions, here are the applicable mailing addresses, toll-free numbers, and hours of operation.

**IF YOU HAVE QUESTIONS REGARDING THE TRANSFER OF SERVICING, CONTACT YOUR PRESENT SERVICER AT:**

| CUSTOMER CARE | CORRESPONDENCE |
| --- | --- |
| 800-828-8109 | Chase Home Mortgage |
|  | Error! MergeField was not found in header record of data source. |
| 8:00 a.m. to 8:00 p.m. M-F ET, Monday through Friday | Columbus OH 43219 |

**IF YOU HAVE ANY OTHER QUESTIONS OR CONCERNS, CONTACT SAXON AT:**

| CUSTOMER CARE | CORRESPONDENCE |
| --- | --- |
| 800-594-8422 | Saxon |
| 7:00 a.m. to 10:00 p.m. CT, Monday through Friday | P.O. Box 163405 |
| 8:00 a.m. to 2:00 p.m. CT, Saturday | Fort Worth, TX 76161 |

For your convenience, saxononline.com is available to you 24 hours a day.

Saxon Mortgage Services, Inc. is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. If you are currently in bankruptcy, this notice is being sent for informational purposes only. This notice is not intended as an attempt to collect, assess, or claim against or demand payment from any person who is protected by the U.S. Bankruptcy Code. If you have recently been discharged of your personal liability on this debt due to your Chapter 7 bankruptcy, Saxon is not seeking to collect, recover or offset the debt as a personal liability. We intend only to enforce and collect the debt against the collateral as permitted by applicable state law. This communication is only for the purpose of protecting our right to enforcement of the lien on the collateral.

Visit us on the web at www.saxononline.com