# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | STACIA CHRISTINE HILL |
| **Case Number:** | 2:08-bk-00164-CGC     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 20, 2009 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

Motion to Dismiss Movant's Motion for Relief from Automatic Stay RE: Morgan Stanley Mortgage Capital, Inc.  (related to motions(s) 79
**R / M #:**   82 / 0

**VACATED:  RESCHEDULED TO 8/25/09 AT 2:30**

## Appearances:

NONE

## Proceedings:

VACATED: RESCHEDULED TO 8/25/09 AT 2:30