# EXHIBIT "A"

# STACIA CHRISTINE HILL
## USBC 08-00164 CGC
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | Saxon Mortgage Claim | Arizona FCU Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|
| Month 1 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| Month 2 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| Month 3 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| Month 4 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| Month 5 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| Month 6 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| Month 7 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| Month 8 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| Month 9 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| Month 10 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| Month 11 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| Month 12 | 160.33 | 148.14 | 231.53 | 60.00 | **600.00** |
| **YEAR 1 TOTALS** | **$1,923.96** | **$1,777.68** | **$2,778.36** | **$720.00** | **$7,200.00** |
| Month 13 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| Month 14 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| Month 15 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| Month 16 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| Month 17 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| Month 18 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| Month 19 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| Month 20 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| Month 21 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| Month 22 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| Month 23 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| Month 24 | 160.33 | 171.61 | 298.06 | 70.00 | **700.00** |
| **YEAR 2 TOTALS** | **$1,923.96** | **$2,059.32** | **$3,576.72** | **$840.00** | **$8,400.00** |

STACIA CHRISTINE HILL
USBC 08-00164 CGC
Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | Saxon Mortgage Claim | Arizona FCU Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|
| Month 25 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 26 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 27 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 28 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 29 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 30 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 31 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 32 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 33 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 34 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 35 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 36 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| **YEAR 3 TOTALS** | **$1,923.96** | **$3,039.36** | **$5,738.28** | **$1,189.08** | **$11,890.68** |
| Month 37 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 38 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 39 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 40 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 41 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 42 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 43 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 44 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 45 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 46 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 47 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 48 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| **YEAR 4 TOTALS** | **$1,923.96** | **$3,039.36** | **$5,738.28** | **$1,189.08** | **$11,890.68** |

# STACIA CHRISTINE HILL
## USBC 08-00164 CGC
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | Saxon Mortgage Claim | Arizona FCU Claim | General Unsecured Creditors * | **Total Monthly Payment** |
|---|---|---|---|---|---|
| Month 49 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 50 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 51 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 52 | 160.33 | 253.28 | 478.19 | 99.09 | **990.89** |
| Month 53 | 160.33 | 107.70 | 478.19 | 244.67 | **990.89** |
| Month 54 | 160.33 | 0.00 | 478.19 | 352.37 | **990.89** |
| Month 55 | 160.33 | 0.00 | 478.19 | 352.37 | **990.89** |
| Month 56 | 160.33 | 0.00 | 478.19 | 352.37 | **990.89** |
| Month 57 | 160.33 | 0.00 | 119.45 | 711.11 | **990.89** |
| Month 58 | 160.33 | 0.00 | 0.00 | 830.56 | **990.89** |
| Month 59 | 160.33 | 0.00 | 0.00 | 830.56 | **990.89** |
| Month 60 | 160.53 | 0.00 | 0.00 | 830.56 | **991.09** |
| **YEAR 5 TOTALS** | **$1,924.16** | **$1,120.82** | **$3,944.97** | **$4,900.93** | **$11,890.88** |
| **GRAND TOTALS** | **$9,620.00** | **$11,036.54** | **$21,776.61** | **$8,839.09** | **$51,272.24** |

* Includes members of Classes 6 and 7