# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | STACIA CHRISTINE HILL |
| **Case Number:** | 2:08-bk-00164-CGC   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 15, 2009 10:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

Hearing on Disclosure Statement

**R / M #:**   103 / 0

## Appearances:

ALLAN D. NEWDELMAN, ATTORNEY FOR STACIA CHRISTINE HILL

## Proceedings:

Mr. NewDelman reviewed the disclosure statement, stating that it was noticed and he has received no objections.

COURT: IT IS ORDERED SETTING A HEARING ON PLAN CONFIRMATION ON DECEMBER 2, 2009 AT 11AM.