# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | STACIA CHRISTINE HILL |
| **Case Number:** | 2:08-bk-00164-CGC     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 03, 2010 11:05 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

INITIAL HEARING ON CONFIRMATION OF PLAN

**R / M #:** 103 / 0

## Appearances:

ALLAN D. NEWDELMAN, ATTORNEY FOR STACIA CHRISTINE HILL
LEONARD MCDONALD, ATTORNEY FOR SAXON MORTGAGE
OLGA ZLOTNIK, ATTORNEY FOR AFCU

## Proceedings:

*** CORRECTED 4/5/10*** Mr. Newdelman discusses Ms. Hill's employment situation and advises she has been making adequate protection payments and arrears have been included in the plan. He asks the Court to maintain the status quo and continue the confirmation hearing.

Mr. McDonald has no objection to a continued hearing as long as adequate protection are made.

COURT: IT IS ORDERED CONTINUING THE INITIAL HEARING ON PLAN CONFIRMATION TO APRIL 7, 2010 AT 11:00 A.M.; THE COURT ADVISES COUNSEL TO TALK AND TRY TO RESOLVE THE VALUATION ISSUE BETWEEN NOW AND THE APRIL 17TH.

IT IS FURTHER ORDERED CONTINUING THE MOTION FOR STAY RELIEF TO APRIL 7, 2010 AT 11:00 A.M.